# In The United States Court of Federal Claims

No. 10-242C

(Filed: June 29, 2010)

_____

VALLEY REALTY COMPANY,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    Today, defendant filed a motion for an extension of time until July 9, 2010, to file its reply in support of its motion for partial dismissal.  Pursuant to RCFC 7.2(b)(2), defendant's reply brief is appropriately due, however, on July 12, 2010.  Accordingly, defendant's motion is hereby **DENIED** as moot.

    **IT IS SO ORDERED.**

                                      s/ Francis M. Allegra
                                      Francis M. Allegra
                                      Judge