# In The United States Court of Federal Claims

No. 10-242C

(Filed: November 18, 2010)

_____

VALLEY REALTY COMPANY,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Tuesday, November 23, 2010, at 10:00 a.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge