# In The United States Court of Federal Claims

No. 10-242C

(Filed: February 2, 2011)

_____

VALLEY REALTY COMPANY,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

A telephonic preliminary status conference will be held in this case on Thursday, February 10, 2011, at 2:00 p.m. (EST). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                                      s/ Francis M. Allegra  
                                                      Francis M. Allegra  
                                                      Judge