# In The United States Court of Federal Claims

Nos. 10-242C & 11-128C

(Filed:  March 2, 2011)

_____

VALLEY REALTY COMPANY,

                Plaintiff,

    v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On February 10, 2011, a telephonic preliminary status conference was held in this case. Participating in the conference were Lawrence Magdovitz, on behalf of plaintiff, and Jeffrey Andrew Regner, on behalf of defendant.  In accordance with the discussions held therein, the court adopts the following schedule.

1. On or before March 14, 2011, defendant shall file its motion to dismiss, if necessary;

2. On or before March 25, 2011, the parties shall file their initial disclosures, pursuant to RCFC 26(a)(1);

3. On or before March 31, 2011, plaintiff shall file its response to defendant's motion to dismiss.

4. On or before April 7, 2011, defendant shall file its reply to plaintiff's response to the motion to dismiss;

5. On or before September 30, 2011, discovery shall be completed; and

2

6. On or before October 14, 2011, the parties shall file a joint status report indicating how this matter should proceed and, if appropriate, include a proposed schedule.

**IT IS SO ORDERED.**

                                                  s/ Francis M. Allegra
                                                  Francis M. Allegra
                                                  Judge