# In The United States Court of Federal Claims

Nos. 10-242C & 11-128C

(Filed: March 21, 2011)

_____

VALLEY REALTY COMPANY,

                Plaintiff,

    v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On March 21, 2011, the parties filed a joint stipulation of dismissal as to plaintiff's Equal Access to Justice fee claims found in count three in the complaint for case number 10-242 and in count two in the complaint for case number 11-128. These claims are hereby **DISMISSED**.

    **IT IS SO ORDERED.**


                                                                     s/ Francis M. Allegra
                                                                    Francis M. Allegra
                                                                      Judge