# In The United States Court of Federal Claims

Nos. 10-242C & 11-128C

(Filed: October 24, 2011)

_____

VALLEY REALTY COMPANY,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On October 14, 2011, the parties filed a joint status report in which defendant indicated that it was contemplating filing a compulsory counterclaim.  The report did not include a proposed schedule for the filing of that counterclaim.  On or before November 7, 2011, the parties shall file a joint status report with a proposed schedule for the filing of the counterclaim, as well as for further proceedings in this matter.

**IT IS SO ORDERED.**

                                                      s/ Francis M. Allegra
                                                      Francis M. Allegra
                                                       Judge