# In The United States Court of Federal Claims

Nos. 10-242C & 11-128C

(Filed:  November 8, 2011)

_____

VALLEY REALTY COMPANY,

                Plaintiff,

       v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On November 7, 2011, the parties filed a joint status report with their proposed schedule. Accordingly:

1.     On or before January 4, 2012, defendant shall file a status report updating the court on whether it has been authorized to file a counterclaim;

2.     On or before January 16, 2012, defendant shall file its counterclaim, if authorized; and

3.     Should defendant file a counterclaim, on or before February 6, 2012, plaintiff shall file its response to the counterclaim, including, if applicable, a motion to dismiss.

**IT IS SO ORDERED.**

                                   s/ Francis M. Allegra
                                   Francis M. Allegra
                                   Judge