# In The United States Court of Federal Claims

Nos. 10-242C & 11-128C

(Filed: March 14, 2012)

_____

VALLEY REALTY COMPANY,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On or before March 28, 2012, the parties shall file a joint status report indicating how this case should proceed, with a proposed schedule, if appropriate.

**IT IS SO ORDERED.**


        s/ Francis M. Allegra
        Francis M. Allegra
        Judge