# In The United States Court of Federal Claims

Nos. 10-242C & 11-128C

(Filed: April 19, 2012)

_____

VALLEY REALTY COMPANY,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

A telephonic status conference will be held in this case on Tuesday, April 24, 2012, at 2:00 p.m. (EDT). Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra  
                                            Francis M. Allegra  
                                            Judge