# In The United States Court of Federal Claims

Nos. 10-242C & 11-128C

(Filed: April 26, 2012)

_____

VALLEY REALTY COMPANY,

                Plaintiff,

v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On April 24, 2012, a status conference was held in this case. Participating in the conference were Lawrence M. Magdovitz, II, on behalf of plaintiff, and Jeffrey Regner, on behalf of defendant. Pursuant to discussions during the conference, the court adopts the following schedule:

1. On or before May 4, 2012, the parties shall have the Meeting of Counsel and exchange exhibits and information on witnesses, including expert witnesses, to be used at trial. *See* RCFC, Appendix A, ¶ 13(a) and (b);

2. On or before May 18, 2012, plaintiff shall file:

    i. Its Memorandum of Contentions of Fact and Law, containing a summary of plaintiff's basic factual contentions, together with any applicable legal authority. *See* Appendix A, ¶ 14(a);

    ii. A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15(a); and

    iii. A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

3. On or before June 15, 2012, defendant shall file:

      i.      Its response to plaintiff's Memorandum of Contentions of Fact and Law.  *See* Appendix A, ¶ 14(b);

      ii.     A separate statement setting forth a list of witnesses to be called at trial, pursuant to Appendix A, ¶ 15; and

      iii.    A separate statement setting forth a list of exhibits to be offered at trial, pursuant to Appendix A, ¶ 16;

4. A telephonic pre-trial conference will be held on June 28, 2012, at 10:00 a.m. (EDT); and

5. Trial in this case will commence on Tuesday, July 31, 2012, at the United States Courthouse, Jefferson City, Missouri 65101.

**IT IS SO ORDERED.**


                                                 s/ Francis M. Allegra  
                                                 Francis M. Allegra  
                                                 Judge