# In The United States Court of Federal Claims

Nos. 10-242C & 11-128C

(Filed:  July 18, 2012)

_____

VALLEY REALTY COMPANY,

                Plaintiff,

      v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

On or before July 23, 2012, the parties shall file a joint status report indicating the status of any settlement discussions.  Given the relatively small amount at issue, it is the court's expectation that both parties will seriously consider a settlement option.

      **IT IS SO ORDERED.**

                        s/ Francis M. Allegra
                        Francis M. Allegra
                        Judge